UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22430-CIV-ALTONAGA/Goodman

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

v.

MARIA HOME CARE CORP, et al.,

    Defendants.

_____/

**<u>DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES</u>**

Defendants, MARIA HOME CARE CORP, JENNIFER QUINTAS, and LESBIA ANZOATEGUI, by and through undersigned counsel, pursuant to this Court's Order Requiring Scheduling Report and Certificates Of Interested Parties, hereby disclose the following interested parties and corporations that may have a financial interest in the outcome of this case:

1. Maria Elena Chavez Letona

2. Fairlaw Firm (Plaintiff's counsel)

3. Brian Pollack (Plaintiff's counsel)

4. Maria Home Care Corp.

5. Jennifer Qtuinas

6. Lesbia Anzoategui

7. Hall and Leto, P.A. (Defendants' counsel)

8. Matthew Leto (Defendants' counsel)

9. Charles Gourlis (Defendants' counsel)

Dated: July 20, 2020

{11116/00596240.1}

Respectfully submitted,

HALL AND LETO, P.A.
2665 South Bayshore Drive - PH One
Miami, Florida 33133
TEL. 305-374-5030
FAX. 305-374-5033

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@hlhlawfirm.com
pleadings@hlhlawfirm.com
ggonzalez@hlhlawfirm.com
CHARLIE GOURLIS
Florida Bar No.: 85924
cgourlis@hlhlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Matthew P. Leto*

{11116/00596240.1}