UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22430-ALTONAGA/GOODMAN

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

MARIA HOME CARE CORP,
JENNIFER QUINTAS, and
LESBIA ANZOATEGUI,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, MARIA ELENA CHAVEZ LETONA, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 15th day of September 2020.

                                                  Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq. (174742)
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  7300 N. Kendall Drive
                                                  Suite 450
                                                  Miami, FL 33156
                                                  Tel:   305.230.4884
                                                  *Counsel for Plaintiff*